WILLIAM CARLTON, *Plaintiff in Error,* v. FLORIDA EAST COAST RAILWAY COMPANY, A FLORIDA CORPORATION, AND THE PULLMAN COMPANY, A CORPORATION, *Defendants in Error.*

Division B.

*Mitchell D. Price, Robert J. Boone* and *Price, Price, Neeley & Kehoe,* for Plaintiff in Error;

*Loftin, Stokes & Calkins, Robert H. Anderson* and *John E. & Julian Hartridge,* for Defendants in Error.

PER CURIAM.—The amended declaration herein does not wholly fail to state a cause of action, therefore, the demurrer thereto should have been overruled. Wertz v. Tampa Electric Co., 78 Fla. 405, 83 South. Rep. 270; Peterson v. Oscar Daniels Co., 83 Fla. 29, 90 South. Rep. 621; Pero v. Corley, 87 Fla. 448, 100 South. Rep. 748; Foster v. St. Johns Electric Co., 86 Fla. 338, 98 South. Rep. 75; McDonald v. Exchange Supply Co., 88 Fla. 80, 101 South. Rep. 28; Cummings Mach. Works v. Clark, 89 Fla. 383, 105 South. Rep. 100; Hawkins v. Shore Acres Properties, 93

Fla. 670, 112 South. Rep. 61; Yon v. Pinellas County Power Co., 93 Fla. 503, 112 South Rep. 50.

The judgment rendered on the demurrer is reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

ELLIS, C. J., AND STRUM, J., concur in the opinion and judgment.

BROWN, J., disqualified.